IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL NETWORKS LICENSING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | C.A. No. 13-2072-SLR-SRF |

## PLAINTIFF PARALLEL NETWORKS LICENSING, LLC'S
## <u>MOTION FOR SUMMARY JUDGMENT</u>

Plaintiff Parallel Networks Licensing, LLC ("PNL") hereby moves pursuant to Federal Rule of Civil Procedure 56(a) and 35 USC §§ 102 and 103 for summary judgment of no anticipation and non-obviousness. The grounds for this motion are set forth in PNL's Opening Brief in Support of its Motion for Summary Judgment, and exhibits thereto, filed contemporaneously.

| | |
|---|---|
| OF COUNSEL<br>MCKOOL SMITH, PC<br><br>Douglas Cawley (*Pro Hac Vice*)<br>Christopher Bovenkamp (*Pro Hac Vice*)<br>Eric S. Hansen (*Pro Hac Vice*)<br>Avery Williams (*Pro Hac Vice*)<br>Justin W. Allen (*Pro Hac Vice*)<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>(214) 978-4940<br><br>John Campbell (*Pro Hac Vice*)<br>Leah Bhimani Buratti (*Pro Hac Vice*)<br>Kevin P. Hess (*Pro Hac Vice*)<br>300 W. 6th Street, Suite 1700<br>Austin, TX 78701<br>(512) 692-8700<br><br>Dated: October 10, 2016 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ *Pilar G. Kraman*<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>*apoff@ycst.com*<br>*pkraman@ycst.com*<br><br>*Attorneys for Plaintiff Parallel Networks Licensing, LLC* |

**CERTIFICATE OF SERVICE**

I, Pilar G. Kraman, hereby certify that on October 10, 2016, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Rodger D. Smith II, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>*jblumenfeld@mnat.com*
>*rsmith@mnat.com*

*Attorneys for Defendant International Business Machines Corporation*

I further certify that on October 10, 2016, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

>John M. Desmarais, Esquire
>Jon T. Hohenthaner, Esquire
>Andrew G. Heinz, Esquire
>William D. Findlay, Esquire
>Jeffrey Scott Seddon, II, Esquire
>Sean T. Doyle, Esquire
>Alex Henriques, Esquire
>Desmarais LLP
>230 Park Avenue
>New York, NY  10169

>*ParallelNetworksService@desmaraisllp.com*

*Attorneys for Defendant International Business Machines Corporation*

2

                    YOUNG CONAWAY STARGATT
                     & TAYLOR, LLP

*/s/ Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
*apoff@ycst.com*
*pkraman@ycst.com*

*Attorneys for Plaintiff*

2